NUMBER 13-99-761-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

HAGGAR APPAREL COMPANY,                                              Appellant,

 

                                                   v.

 

CONSUELO
GONZALEZ,                                                         Appellee.

____________________________________________________________________

 

                       On appeal from the 332nd  District Court

                                  of Hidalgo County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                      Before Justices
Dorsey, Hinojosa, and Castillo

                                             Opinion
Per Curiam

 








Appellant, HAGGAR
APPAREL COMPANY, perfected an appeal from a judgment entered by the 332nd District Court of Hidalgo County, Texas, in
cause number C-4360-95-F. 
After the record and briefs were filed and after the cause was submitted
to the Court, the parties filed a joint motion to vacate the trial court=s judgment and to
dismiss with prejudice the entire case. 
In the motion, the parties state that they have agreed to settle the
subject dispute pursuant to a release and indemnity agreement executed by the
parties on October 1, 2002.  The parties
request that this Court enter an order vacating the judgment of the trial court
and dismissing with prejudice the entire case from which this appeal was
prosecuted.  

The Court, having
considered the documents on file and the parties= joint motion, is of the opinion that the motion
should be granted.  The joint motion to
vacate trial court judgment and dismiss with prejudice the entire case is
granted.  The judgment of the trial court
is VACATED, and the entire case is DISMISSED with prejudice.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed this

the 10th day
of October, 2002.